

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

WRITER'S DIRECT DIAL
(212) 416-8651

October 19, 2016

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, New York 10007

      Re: *Disability Rights New York v. New York State*, No. 16 Civ. 07363 (AKH)

Dear Judge Hellerstein:

      The above-referenced action seeks declaratory and injunctive relief against the State of New York, the New York State Unified Court System, Chief Judge Janet DiFiore, and Chief Administrative Judge Lawrence K. Marks (the "State Defendants"). This Office recently was asked to represent the State Defendants. We are currently conducting a preliminary review and investigation of the matter so that we can make an informed decision concerning representation.

      To protect the State Defendants' interests while our review is ongoing, we respectfully request an extension of time for State Defendants to answer or otherwise respond to the complaint, from October 25, 2016, to December 23, 2016. I make this request with the consent of plaintiff's counsel, Jennifer J. Monthie, Esq. There has been no prior request for an adjournment of State Defendants' time to respond to the complaint.

      We appreciate the Court's attention to this matter.

Respectfully submitted,

Michael A. Berg
Assistant Attorney General

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV

Case 1:16-cv-07363-AKH   Document 7   Filed 10/19/16   Page 2 of 2

Page 2

cc: Jennifer J. Monthie, Esq.