AO 459 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Disability Rights New York )<br>*Plaintiff* )<br>v. )<br>)<br>New York State, Unified Court System, et al )<br>*Defendant* ) | Case No.   16 CV 7363 (AKH) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Unified Court System of the State of New York (co-counsel)                .

Date:   March 3, 2017

*Attorney's signature*

Lee Alan Adlerstein   (7897)
*Print name and bar number*

25 Beaver Street, New York, N.Y. 10004
*Address*

ladlerst@nycourts.gov
*E-mail address*

(212) 428-2150
*Telephone number*

(212) 428-2155
*FAX number*