# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Disability Rights New York

(List the full name(s) of the plaintiff(s)/petitioner(s).)

__16__ CV __7363__ ( AKH)(    )

-against-

NEW YORK STATE, UNIFIED COURT SYSTEM OF THE STATE OF NEW YORK, Honorable JANET DIFIORE, as Chief Judge of the NYS Unified Court System, Honorable LAWRENCE K. MARKS, as Chief Administrative Judge of the NYS Unified Court System,

**NOTICE OF APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Disability Rights New York

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☑ judgment    ☑ order    entered on:    08/16/2017

(date that judgment or order was entered on docket)

that:    Granted Defendants' Motion for Judgment on the Pleadings

(If the appeal is from an order, provide a brief description above of the decision in the order.)

09/11/2017

Dated

*Jennifer J. Monthie*

Signature*

Monthie, Jennifer, J

Name (Last, First, MI)

725 Broadway Suite 450    Albany    New York    12207

Address    City    State    Zip Code

(518) 432-7861    Jennifer.Monthie@DRNY.org

Telephone Number    E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13